**JS-6 / REMAND**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARMINE MKRTCHYAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TARGET CORPORATION and DOES 1-100, Inclusive,<br><br>　　　　Defendant. | Case No.: CV 19-6239-DMG (FFMx)<br><br>**ORDER GRANTING REMAND FROM FEDERAL COURT TO STATE COURT [10]** |

　　The Stipulation of Defendant TARGET CORPORATION and Plaintiff ARMINE MKRTCHYAN for Remand to the Los Angeles County Superior Court has been fully considered by the Court and IT IS HEREBY ORDERED THAT the Stipulation is APPROVED for the reasons set forth therein.  This matter is hereby remanded to the Los Angeles County Superior Court pursuant to the terms of the Stipulation as Case No. 19STCV16303.  All scheduled dates and deadlines are VACATED.

DATED:  August 9, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE